IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING AND DISPOSITION THEREOF IF FILED

JOSEPH LUIS LEVIN,

      Appellant,

v.

      Case No.  5D23-0097
      LT Case No. 2013-CF-958

STATE OF FLORIDA,

      Appellee.
_____/

Decision filed May 30, 2023

3.800 Appeal from the Circuit Court
for Nassau County,
James H. Daniel, Judge.

Joseph Luis Levin, Monticello, pro se.

Ashley Moody, Attorney General, and
Daren L. Shippy, Assistant Attorney
General, Tallahassee, for Appellee.

PER CURIAM.

      AFFIRMED.

WALLIS, SOUD and KILBANE, JJ., concur.